IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SEAN VINCENT and LORENZO SERNA

                             Index No. 14cv7744

               PLAINTIFFS,
   -against-                                **AFFIDAVIT**
                                                   **OF SERVICE**

THE CITY OF NEW YORK, a municipal
entity, et al.,

               DEFENDANTS.
------------------------------------------------------------------X

    Patricia A. Wright, being duly sworn deposes and says:

1. I am not a party to this action, am over eighteen years of age and reside in New York, New York.

2. On Friday, December 5th, 2014, at approximately 7:00 p.m., deponent served a true copy of the Summons and Complaint upon **New York City Police Officer Carbajal-Santana, Shield #945551** by delivering same to New York City Police Officer Carbajal-Santana's actual place of business, the New York Police Department's 94th Precinct, located at, **100 Meserole Street, Brooklyn, NY 11222** and by leaving same with Sergeant Puello, Shield #5111, who is a person of suitable age and discretion. Sergenat Puello, Shield #5111, who received the documents was a male New York Police Department officer in uniform who appeared to be Hispanic and had black hair. Further, he appeared to be in his early to mid thirties.

3. In addition, on December 5th, 2014, deponent caused to be mailed a true and correct copy of the summons and complaint to **New York City Police Officer Carbajal-Santana, Shield #945551**, at New York City Police Officer Carbajal-Santana's actual place of business, the New York City Police Department's 94th Precinct, located at **100 Meserole Street, Brooklyn, NY 11222** by placing same in a post-office or official depository of the U.S. Postal Service within the State of New York.

4. The summons and complaint was mailed via first class mail in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL," with no external indication that it contained legal process or originated from a law office.

_____
Patricia A. Wright

Sworn to before me this
8th day of December, 2014

_____
NOTARY PUBLIC

WYLIE M. STECKLOW, ESQ.
Notary Public, State of New York
Qualified in New York County
No. 02ST5063370
My Commission Expires July 22, 20 17