```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/4/2015__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SEAN VINCENT, et al.                                        :
                                                            :
                              Plaintiffs,                   :
                                                            :          14-CV-7744 (VSB)
               -v-                                          :
                                                            :              ORDER
DEPUTY INSPECTOR EDWARD WINSKI,                             :
et al.,                                                     :
                                                            :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The Parties are instructed to come to the conference scheduled for November 5, 2015 at

12:30 p.m. prepared to discuss both (i) the issues concerning service to Defendants Grodnick and

Waring, and (ii) Defendants' anticipated Motion to Dismiss. The Clerk of Court is requested to

terminate the motion at Doc. 23.

       SO ORDERED.

Dated:  November 4, 2015
        New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge