UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SEAN VINCENT and LORENZO SERNA ,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, et al,

                                     Defendants.

**DECLARATION OF DARA L. WEISS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

14 CV 7744

------------------------------------------------------------------------ x

**DARA L. WEISS** declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       I am a Senior Counsel in the Office of Zachary Carter, Corporation Counsel of the City of New York, attorney for defendants herein, as such, I am familiar with the facts stated below.  I submit this declaration in support of defendants' Motion to Dismiss the Complaint pursuant to Rule 12(b)(6), and 12(c) of the Federal Rules of Civil Procedure.

      1. Annexed as Exhibit "A" is a copy of plaintiff's Complaint filed September 24, 2014, docket entry [1].  Plaintiff brought Constitutional claims under the First, Fourth and Fourteenth Amendments.

      2. Annexed as Exhibit "B" is a copy of the Certificate of Disposition related to four of plaintiff's arrests, which show that the four cases were consolidated, and the plaintiff pled guilty to a violation of Penal Law 240.20, disorderly conduct.

- 2 -

Dated: New York, New York
April 4, 2016

                        ZACHARY CARTER
                        Corporation Counsel of the City of New York
                        *Attorney for Defendants*
                        100 Church Street
                        New York, New York 10007
                        (212) 356-3517

                        By: _____/s/_____
                              Dara L. Weiss
                              Senior Counsel
                              Special Federal Litigation Division

TO:    The Honorable Vernon S. Broderick
         United States District Judge
         Southern District of New York
         40 Foley Square
         New York, NY 10007

         Wylie Stecklow
         Stecklow and Thompson
         217 Centre Street, 6th Floor
         New York, NY 10013