CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER:   420583

THE PEOPLE OF THE STATE OF NEW   YORK
                         VS

VINCENT, SEAN E
Defendant

12/19/1982
Date of Birth

7610 HOLLISWOOD COURT
Address

11591419M
NYSID Number

CHARLOTTE              NC   28217
City                State   Zip

09/24/2011
Date of Arrest/Issue

Docket Number: 2011NY070101

Summons No:

205.30 205.30 240.20 240.20 240.20 240.26 110-120.00 195.05 240.20 195.05
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 04/09/2013 | PLED GUILTY & SENTENCE IMPOSED<br>PG 240.20<br>IMPRISONMENT=TS | STATSINGER, STEVEN M | C |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY       _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE   _ ACCUSATORY INSTRUMENT _ DOCKET BOOK/CRIMS _ CRC3030[CRS963]

        I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

FANELLI, R
COURT OFFICIAL SIGNATURE AND SEAL

09/14/2015
DATE       FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



SEALED
AFTER CONVICTION

pursuant to Section 160.55 of the CPL

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK                          CERTIFICATE OF DISPOSITION
                                               NUMBER:  420582
THE PEOPLE OF THE STATE OF NEW  YORK
                VS

VINCENT,SEAN                                    12/19/1989
Defendant                                   Date of Birth

7610 HOLLISWOOD COURT
Address                                     NYSID Number

CHARLOTTE           NC                          10/15/2011
City                State   Zip             Date of Arrest/Issue

Docket Number: 2011NY083675                 Summons No:

240.20 240.20
Arraignment Charges


Case Disposition Information:

    Date          Court Action              Judge              Part
05/14/2012   CONSOLIDATED WITH ANOTHER CASE  SCIARRINO,M       JURY7
             2011NY070101
```

NO FEE CERTIFICATION

_ **GOVERNMENT AGENCY**      _ **COUNSEL ASSIGNED**

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

  SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]


     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

FANELLI,R                                   09/14/2015
COURT OFFICIAL SIGNATURE AND SEAL              DATE        FEE: NONE


(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER:   420585

THE PEOPLE OF THE STATE OF NEW   YORK
                              VS

VINCENT,SEAN E
Defendant

12/19/1989
Date of Birth

7610 HOLLISWOOD COURT
Address

11591419M
NYSID Number

CHARLOTTE            NC
City           State   Zip

11/08/2011
Date of Arrest/Issue

Docket Number: 2011NY081316

Summons No:

195.05 240.20
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|--------------|-------|------|
| 05/14/2012 | CONSOLIDATED WITH ANOTHER CASE 2011NY070101 | SCIARRINO,M | JURY7 |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

  SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

FANELLI,R
COURT OFFICIAL SIGNATURE AND SEAL

09/14/2015
DATE          FEE: NONE

   (CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
            SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER:  420584

THE PEOPLE OF THE STATE OF NEW  YORK
VS

VINCENT,SEAN E
Defendant

7610 HOLLISWOOD COURT
Address

CHARLOTTE                NC
City              State   Zip

Docket Number: 2011NY085893

12/19/1989
Date of Birth

11591419M
NYSID Number

11/27/2011
Date of Arrest/Issue

Summons No:

205.30 195.05
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 05/14/2012 | CONSOLIDATED WITH ANOTHER CASE 2011NY070101 | SCIARRINO,M | JURY7 |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY          _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

        I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

FANELLI,R
COURT OFFICIAL SIGNATURE AND SEAL

09/14/2015
DATE       FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
        SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)