**WYLIE M. STECKLOW**

**STECKLOW & THOMPSON**

www.LawyersForTheRestOfUs.com

217 CENTRE ST. FL. 6
NEW YORK, NY 10013
T(212) 566-8000
F(212) 202-4952
WYLIE@SCTLAW.COM

April 18, 2016

VIA ECF
Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 4/19/2016

Re:   Matter:   Vincent & Serna v. City of NY et al
         Docket:   2014NY07744

Dear Honorable Judge:

   Please remember that I am the attorney of record for the Plaintiff, Sean Vincent, in the above captioned matter. I write to request an extension of eight (8) days to file the opposition brief to the defendants FRCP 12(b)(6) motion. This is the first request for an extension for this briefing schedule. I ask for this request as I have four (4) depositions scheduled for this week in the matter of *Gersbacher v. NYC, Winski, Et al,* 14CV600 (GHW), and the plaintiff's deposition the following week in *Gershkovich v. Iocco, NYC, et a, 15CV7280* (RMB)(DF). Additionally, I have had plans, that pre-existed the current briefing schedule, to be in New Orleans from April 27 until the late afternoon of May 2, 2016. The defense consents to this request and asks for the due date for the defendants' reply papers to also be extended eight (8) days to May 24, 2016.

   Currently, the opposition papers are due May 2, 2016, and the reply papers are due May 16, 2016

Respectfully submitted,

Wylie M. Stecklow, Esq.

cc:   ACC JOY ANAKHU (via ECF)
      ACC ANDREW LUCAS (via ECF)
      ACC DARA WEISS (via ECF)
      ACC LAMAR WINSLOW (via ECF